1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ALIH AGUDA, | CASE NO. 2:25-cv-00752-LK |
|---|---|
| Plaintiff, | ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

This matter comes before the Court on Plaintiff Alih Aguda's Motion for Temporary Restraining Order. Dkt. No. 15. The precise nature of the relief he seeks is unclear. *See, e.g.*, *id.* at 7 (seeking "freedom from the government violation of [his] rights, especially [his] right to privacy").

More fundamentally, Mr. Aguda is not entitled to emergency relief because he has not filed a viable complaint in this matter. The Court dismissed his complaint with leave to amend, Dkt. No. 9, and he has not yet filed an amended complaint, *see* Dkt. Nos. 14, 16 (motions for extensions of time to file an amended complaint). "[T]he Court cannot address a motion premised on a

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER - 1

nonexistent complaint with nonexistent claims for relief." *Simmons v. Alston*, No. 2:23-CV-01076-LK, 2023 WL 4704745, at *2 (W.D. Wash. July 24, 2023); *see also Frick v. Dy*, No. C22-801-JHC-MLP, 2022 WL 4348567, at *1 (W.D. Wash. Aug. 23, 2022) (plaintiff's motion for a TRO was not properly before the court because he had not filed an operative complaint), *report and recommendation adopted*, 2022 WL 4315689 (W.D. Wash. Sept. 19, 2022).[1]

Accordingly, the Court DENIES Mr. Aguda's Motion for Temporary Restraining Order. Dkt. No. 15.

Dated this 1st day of August, 2025.

*Lauren King*

Lauren King
United States District Judge

---

[1] In addition, Mr. Aguda has not certified that he provided Defendant with notice of this motion or otherwise satisfied the conditions to seek a TRO without notice to the opposing party. *See* Fed. R. Civ. P. 65(b)(1); LCR 65(b)(1).

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER - 2