UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALIH AGUDA,<br><br>                Plaintiff,<br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | CASE NO. 2:25-cv-00752-LK<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

This matter comes before the Court on Plaintiff Alih Aguda's Request for Reconsideration of the Court's denial of his motion for a temporary restraining order ("TRO"). Dkt. No. 19. He asks the Court to reconsider the denial of a TRO "[t]o stop further irreparable harm from the attacks that have intensified since April of 2025," and to "enable [him to] hire an attorney free of repressive hindrance[.]" *Id.* at 4–5.

"Motions for reconsideration are disfavored," and the Court "will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable

ORDER DENYING MOTION FOR RECONSIDERATION - 1

diligence." LCR 7(h)(1). A movant who seeks reconsideration "shall point out with specificity the matters which the movant believes were overlooked or misapprehended by the court, any new matters being brought to the court's attention for the first time, and the particular modifications being sought in the court's prior ruling." LCR 7(h)(2).

Mr. Aguda fails to show any basis for reconsideration. As the Court previously noted, "Mr. Aguda is not entitled to emergency relief because he has not filed a viable complaint in this matter." Dkt. No. 17 at 1. Accordingly, the Court DENIES his motion for reconsideration. Dkt. No. 19.

Dated this 20th day of August, 2025.

Lauren King
United States District Judge